

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re the Commitment of Daniel Allen Metcalf

No. 06-19-00043-CV

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 17C1549-005). Opinion delivered by Justice Stevens and Chief Justice Morriss and Justice Carter,* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 18, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk